## Courtroom Minute Sheet
### ARRAIGNMENT/PLEA/CHANGE OF PLEA
### WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date __9-2-15__   Case No. __4:14CR352 ERW__
UNITED STATES OF AMERICA vs. __Marc Manzo__
Judge __Webber__   Court Reporter __R. Fiorino__
Deputy Clerk __M Berg__   Interpreter __—__
Assistant United States Attorney(s) __C. Lang__
Attorney(s) for Defendant __A. Fein__

**Arraignment/Waiver of Indictment/Plea:**
[X] Defendant sworn. Defendant's age __45__ Education __H.S and some college__
[ ] Defendant waives assistance of counsel [ ] Waiver filed
[ ] Defendant signs waiver of indictment and consents to proceed by information
[ ] Criminal [ ] superseding [ ] information [ ] indictment filed
[ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
[ ] Defendant enters a plea of [ ] GUILTY [ ] NOT GUILTY
   to counts_____ of the [ ] superseding [ ] indictment [ ] information
[ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
[X] The Court finds the defendant competent to enter a plea of guilty.
[X] By leave of Court, the defendant withdraws former plea of not guilty and enters
   a plea of guilty to count(s) __1-3__ of the [ ] superseding [ ] information [X] indictment
[X] Guilty Plea Agreement filed [ ] Guilty Plea Agreement filed under seal
[ ] Ordered that count(s)_____ be held in abeyance until sentencing
[ ] Ordered that pending motions as to defendant_____ are denied as moot
[X] Sentencing set __12-3-15__ at __9:00 Am__
[X] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE __11-11-15__
[X] Defendant is remanded to custody [ ] Defendant is released on existing bond

Probation Officer __S. Cross__

Proceedings commenced __9:00 Am__ concluded at __9:42 Am__